UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. ILEY et al.,

    Plaintiffs,

v.                                           CASE NO: 8:05-cv-1139-T-23TGW

FORD MOTOR COMPANY et al.,

    Defendants.
_____/

**ORDER**

    Karl Flammer Ford, Inc. ("Flammer"), files a motion (Doc. 10) to set aside the clerk's default (Doc. 9) entered against Flammer. However, Flammer fails to include a certification pursuant to Local Rule 3.01(g). Consequently, the motion (Doc. 10) is **DENIED**.

    ORDERED in Tampa, Florida, on July 7, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE