UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. ILEY et al.,

    Plaintiffs,

v.                                    CASE NO: 8:05-cv-1139-T-23TGW

FORD MOTOR COMPANY et al.,

    Defendants.
_____/

## **ORDER**

Karl Flammer Ford, Inc. ("Flammer"), files an unopposed motion (Doc. 13) to set aside the clerk's default (Doc. 9) entered against Flammer. Upon consideration, the motion (Doc. 13) is **GRANTED**. The Clerk shall set aside the default (Doc. 9) entered against Flammer.

ORDERED in Tampa, Florida, on July 13, 2005.

_[signature]_
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy